**MARCIA HURD**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Avenue North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-Mail: marcia.hurd@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2011 AUG 8 PM 4 39

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF:<br><br>The property located at 3320 Winchell Lane, Billings, Montana 59102 | MJ 11-51-BLG-CSO<br><br>MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT |
|---|---|

The United States, through Marcia Hurd, Assistant U.S. Attorney, requests this Honorable Court to seal the Application and

Affidavit for Search Warrant and Search Warrant herein, as the revealing of information contained therein at this time could jeopardize the investigation.

DATED this 8th day of August, 2011.

                        MICHAEL W. COTTER
                        United States Attorney

                        MARCIA HURD
                        Assistant U.S. Attorney
                        Attorney for Plaintiff