FILED
BILLINGS DIV.

2011 AUG 8 PM 4 39

PATRICK E. DUFFY, CLERK

BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 11-51-BLG-CSO |
|---|---|
| The property located at 3320 Winchell Lane, Billings, Montana 59102 | ORDER SEALING APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Application and Affidavit for Search Warrant and Search Warrant filed herein are SEALED pending further Order of this Court.

DATED this 8th day of August, 2011.

_____
CAROLYN S. OSTBY
United States Magistrate Judge